IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sumpter, Darlene F

Printed: 12/19/07

Case Number: 07 B 11011
Judge: Hollis, Pamela S
Filed: 6/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,314.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,123.00 | 0.00 |
| 4. | City Of Chicago | Secured | 560.00 | 0.00 |
| 5. | Lighthouse Financial Group | Secured | 2,600.00 | 0.00 |
| 6. | Litton Loan Servicing | Secured | 17,875.00 | 0.00 |
| 7. | Internal Revenue Service | Priority | 721.59 | 0.00 |
| 8. | T-Mobile USA, Inc | Unsecured | 578.53 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 70.72 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 1,141.74 | 0.00 |
| 11. | T-Mobile USA, Inc | Unsecured | 1,275.33 | 0.00 |
| 12. | Americash Loans | Unsecured | 2,040.76 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 657.74 | 0.00 |
| 14. | Lighthouse Financial Group | Unsecured | 5,677.99 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 280.00 | 0.00 |
| 16. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 17. | Plaza Associates | Unsecured |  | No Claim Filed |
| 18. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 19. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 20. | Illinois Lending Corporation | Unsecured |  | No Claim Filed |
| 21. | Amp'D Moblie | Unsecured |  | No Claim Filed |
| 22. | Lou Harris | Unsecured |  | No Claim Filed |
|  |  |  | $ 36,916.40 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sumpter, Darlene F

Printed: 12/19/07

Case Number: 07 B 11011
Judge: Hollis, Pamela S
Filed: 6/20/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

